# United States District Court
## Eastern District of California

James Curtis Kern

Plaintiff(s)

V.

Dr. Andrew Ho

Defendant(s)

Case Number: 2:24-cv-1931 TLN CSK P

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sarah A. Kilgore hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Dr. Andrew Ho

On 09/24/2025 (date), I was admitted to practice and presently in good standing in the Supreme Court of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Estate of Derek Valentine v. Cnty. of Merced, et al. 1:23-cv-01697-SAB - 03/092026-Granted

Estate of Tomi Kartchner, et al. v. Cnty. of Merced, et al. 1:23-cv-01672-KES-EGC-07/27/2026- Granted

Barbara Boyle v. Cnty. of Placer, et al. 2:22-cv-01194-TLN-JDP - 09/11/2026-Granted
Sonia Zepeda v. Cnty. of Stanislaus, et al. 2:25-cv-03299-AC 02/23/2026-Granted

Date: 9/22/2026 Signature of Applicant: /s/ Sarah A. Kilgore

**Pro Hac Vice Attorney**

Applicant's Name: Sarah A. Kilgore

Law Firm Name: GORDON REES SCULLY MANSUKHANI LLP

Address: 150 Fayetteville Street

Suite 1120

City: Raleigh State: NC Zip: 27601

Phone Number w/Area Code: (984) 392-8622

City and State of Residence: Raleigh, NC

Primary E-mail Address: skilgore@grsm.com

Secondary E-mail Address: sarah.ann.kilgore@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kendra N. Stark

Law Firm Name: GORDON REES SCULLY MANSUKHANI LLP

Address: 315 Pacific Avenue

City: San Fracisco State: CA Zip: 94111

Phone Number w/Area Code: (984) 242-1787 Bar # 363663

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/28/2026

Chi Soo Kim

JUDGE, U.S. DISTRICT COURT

# Supreme Court of North Carolina

I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, hereby certify that on September 4, 2025, a license to practice as an Attorney and Counselor at Law in the several Courts of this State was issued by the North Carolina Board of Law Examiners to

## Sarah Ann Kilgore

according to the certified list of licentiates reported by the Board and filed in my office.

As of the date of this certificate, no order revoking the license has been filed with this Court and no order suspending the license is in effect.

WITNESS my hand and the seal of the Supreme Court of North Carolina, July 27, 2026.

Grant E. Buckner
Clerk of the Supreme Court